Thursday,
June 2.

PORTER and Others *v.* UTTER.

APPEAL from the *Boone* Circuit Court.

PERKINS, J.—*Utter* filed a bill in this case to set aside conveyances of real estate made by *John Porter*, as fraudulent. Answers and replications were filed, depositions taken, &c., and the Court below decreed for the plaintiff.

We affirm that decree.

*John Chrisman, Samuel Porter*, and *John Porter*, (*John* being security), in 1841, gave a note to *Utter*. In *April*, 1846, *Utter* obtained judgment on said note against said *Chrisman* and *John Porter*, (*Samuel Porter* not being found), for 690 dollars. *Chrisman* and *Samuel Porter* became insolvent. Between 1843 and the time of the rendition of said judgment in 1846, said *John Porter* conveyed away all his property to divers sons and sons-in-law; and we think the evidence shows that he did it to avoid the payment with it, of the debt in question.

*Per Curiam.*—The decree is affirmed with costs.

*C. C. Nave,* for the appellants.

*H. Brown, J. C. Hague, W. B. Beach* and *I. Brown,* for the appellee.